# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ZAKIA SMITH | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:12-cv-00413 |
| | ) |
| v. | ) |
| | ) Judge Campbell |
| TENNESSEE STATE UNIVERSITY, | ) |
| And TENNESSEE BOARD OF | ) |
| REGENTS | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in dispute between the parties in Federal Court have been resolved and that Plaintiff's complaint should be dismissed. Accordingly, this case is dismissed from this Court with prejudice.

_____
Honorable Todd J. Campbell
United States District Judge

Approved for Entry:


/s/ Brian C. Winfrey_____
Brian C. Winfrey (BPR 025766)
The Winfrey Firm
2002 Richard Jones Rd.
Suite B-200
Nashville, TN 37215

Attorney for Plaintiff

s/ Michael Markham (with permission)
Michael Markham
Senior Counsel
Civil Litigation and State Services
425 Fifth Avenue North
Cordell Hull Building, Second Floor
P. O. Box 20207
Nashville, Tennessee 37207
615-741-1730
Michael.markham@ag.tn.gov
*Attorney for the State of Tennessee*